UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| June Schindler,<br><br>        Plaintiff,<br>v.<br><br>Royal Credit Union,<br><br>        Defendant. | Case: 3:20-cv-00007-jdp<br><br>**MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT** |

Plaintiff, June Schindler, as representative of the conditionally certified class, by and through her attorneys of record, and pursuant to Federal Rule of Civil Procedure 23, respectfully moves this Court for an Order granting final approval of the class action settlement of all claims, and entry of a final judgment, in accordance with the terms set forth more in the Settlement Agreement and Release. (*Doc. No. 20-1*).

                                                                         Respectfully submitted,

Dated: December 10, 2021                  *s/Thomas J Lyons Jr*
                                                            Thomas J. Lyons, Jr. (MN# 0249646)
                                                            **CONSUMER JUSTICE CENTER, P.A.**
                                                            367 Commerce Court
                                                            Vadnais Heights, MN 55127
                                                           Telephone: (651) 770-9707
                                                           tommy@consumerjusticecenter.com

                                                           Eric L. Crandall (WI# 1001833)
                                                           **CRANDALL LAW OFFICE S.C.**
                                                           421 West Second Street
                                                           P.O. Box 27
                                                           New Richmond, WI 54017
                                                           Telephone: (715) 243-9996
                                                           wisconsinconsumerlaw@frontier.com

                                                           ***Attorneys for Plaintiff and the Class***