IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JUNE SCHINDLER, on behalf of herself
and all others similarly situated,

        Plaintiff,

    v.                                         Case No. 20-cv-07-jdp

ROYAL CREDIT UNION,

        Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered certifying a class, pursuant to Rule 23(b)(3) of the Federal Rules of Civil Procedure, as follows:

> The 9,911 persons (in addition to June Schindler) included in one or more soft-pull portfolio reviews conducted by Royal Credit Union (RCU) from December 1, 2017, to the present, who at the time of the pull were not members of RCU, and who, according to RCU's account records, were also not subject to any current collection claims by RCU for any reason (i.e., because that person had no charged off accounts, or had one or more charged off accounts that were subject to a bankruptcy filing and/or beyond the applicable statute of limitations).

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered certifying June Schindler as the class representative and Thomas J. Lyons, Jr. as class counsel; finding that the lawsuit satisfies the applicable prerequisites for class action treatment under Fed. R. Civ. P. 23; and approving a class action settlement as set forth in a Settlement Agreement dated December 4, 2020, and Addendum dated March 11, 2021. The class is awarded $335,000, less class administration costs, to be distributed among the class members as set forth in the Agreement. Any undistributed amounts are awarded to the Consumer Law Clinic of the University of Wisconsin Law School in

Madison, Wisconsin. Class counsel is awarded $150,000 in attorney fees and costs. June Schindler is awarded $5,000 for her service to the class. The lawsuit is dismissed with prejudice.

Approved as to form this 19TH day of January, 2022.

_____
James D. Peterson
District Judge

_____          1/20/22
Peter Oppeneer                                      Date
Clerk of Court